# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2012

*The Court of Appeals hereby passes the following order:*

## A13I0061.  MARY ALICE SMITH et al. v. GGNSC TIFTON, LLC et al.

Mary Alice Smith and the other plaintiffs in this tort action filed this application for interlocutory appeal seeking review of a trial court order granting the defendants' motion to dismiss the action and compel arbitration.  Generally, an order compelling arbitration is an interlocutory matter. *Goshayeshi v. Mehrabian*, 232 Ga. App. 81, 82 (501 SE2d 265) (1998); *Pace Constr. Co. v. Northpark Assn.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994).  In this case, however, the trial court also granted the defendants' motion to dismiss and ordered the case to be closed.  Thus, this application "arises from a final order dismissing the original action in its entirety, and the case is no longer pending in the [trial] court." *Torres v. Piedmont Builders*, 300 Ga. App. 872 (1) (686 SE2d 464) (2009).  Under these circumstances, the plaintiffs have a right of direct appeal.  See id. at 872-873.

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 602 SE2d 246 (2004).  Accordingly, this application is hereby GRANTED.  The plaintiffs shall have ten days from the date of this order to file a notice of appeal in the trial court, if one has not already been filed.  The trial court clerk is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 11/08/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*